

November 13, 2020

<u>Via ECF</u>
District Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2020
```

Re:   *Simsek v. Terrafina, L.L.C., et. al.*
      Docket No: 1:19-cv-07538-MKV

Dear Judge Vyskocil:

This firm represents Plaintiff in the above-captioned matter. We write to inform Your Honor that Defendants have agreed to cooperate and furnish additional factual information in response to Plaintiff's request in order to ascertain the efficacy of service of process as against Defendant Kenan Izci.

Therefore, the Parties write jointly to respectfully renew their request to stay discovery while the Parties pursue private mediation. The Parties make this request because they believe that mediation will have a greater likelihood of success if the Parties are not simultaneously expending resources engaging in discovery. If more information is required, please do not hesitate to contact the undersigned. Your consideration of the above is greatly appreciated.

Respectfully Submitted,

**DEREK SMITH LAW GROUP, PLLC**
Attorneys for Plaintiff

By: /s/ Daniel Altaras
Daniel J. Altaras, Esq.
One Pennsylvania Plaza, Suite 4905
New York, NY 10119
(212) 587-0760

---

The parties' request to stay discovery while they pursue private mediation is GRANTED. The parties shall file a status report on settlement discussions (not substance) on or before January 15, 2021 [*see* ECF No. 36]. If the mediation is unsuccessful, the status letter shall be accompanied by a proposed Case Management Plan. SO ORDERED.

Date: 12/14/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

---

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1835 Market Street, Suite 2950, Philadelphia, PA 19103| (215) 391-4790
Miami Office: 100 SE 2nd Street, Suite 2000, Miami, FL 33131 | (305) 946-1884
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com