USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GULCAN SIMSEK,

                Plaintiff,

                -against-

TERRAFINA, L.L.C., JOSEPH PAGANO, KENAN IZCI, and JAMES LOCK,

                Defendants.

1:19-cv-07538-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter from the parties informing the Court that the parties have reached a settlement in principle [ECF No. 46]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if a settlement agreement has not been executed if the application to restore the action is made by **March 7, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: **February 5, 2021**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**