

May 16, 2021

**<u>Via ECF</u>**
District Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/2021
```

Re: *Simsek v. Terrafina, L.L.C., et. al.*
Docket No: 1:19-cv-07538-MKV

Dear Judge Vyskocil:

As Your Honor is aware we represent Plaintiff in the above captioned matter. We write pursuant to Rule 2.G of Your Honor's Individual Rules of Practice, to request an adjournment of the telephonic status conference scheduled for May 18, 2021. We are seeking this adjournment because that date falls out on the Jewish holiday of Shavuot, which Plaintiff's counsel observes. This is our first request to adjourn the status conference. Additionally, counsel for Defendants Terrafina LLC and James Locke consents to this request.

As such, Plaintiff respectfully requests that Your Honor issue an Order adjourning the telephonic status conference scheduled for May 18, 2021 and rescheduling the conference for another date and time as the Court deems appropriate. We thank Your Honor for your consideration of this request and appreciate the Court's assistance with this matter.

Respectfully Submitted,

**DEREK SMITH LAW GROUP, PLLC**
Attorneys for Plaintiff

By: /s/ Daniel Altaras
Daniel J. Altaras, Esq.
One Pennsylvania Plaza, Suite 4905
New York, NY 10119

GRANTED. The status conference scheduled for May 18, 2021, at 2:00 PM is adjourned to May 19, 2021, at 1:00 PM. The deadline to restore the action to the Court's calendar is extended to May 19, 2021. SO ORDERED.

Date: 5/17/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1835 Market Street, Suite 2950, Philadelphia, PA 19103| (215) 391-4790
Miami Office: 100 SE 2nd Street, Suite 2000, Miami, FL 33131 | (305) 946-1884
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com