USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GULCAN SIMSEK,

          Plaintiff,

-against-

TERRAFINA, L.L.C., JOSEPH PAGANO, KENAN IZCI, and JAMES LOCK,

          Defendants.

1:19-cv-07538-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court held a telephonic status conference on May 19, 2021. Counsel for all parties were in attendance. In accordance with matters discussed on the record at the conference, IT IS HEREBY ORDERED that the deadline to restore the action to the Court's calendar is extended to June 9, 2021. **There will be no further extensions.**

**SO ORDERED.**

**Date: May 19, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**